**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7545

WILLIE J. WILLIAMS,

Plaintiff - Appellant,

versus

DAVID MITCHELL; MARGIE LAWLER; RICHARD TIRRELL
TERRY,

Defendants - Appellees,

and

RANDY LEE; D. S. LORD; W. D. SLEDGE;
MR. PERSON; JENNIFER H. LANGLEY; LEWIS SMITH,

Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan, Chief
District Judge. (5:05-ct-00304-FL)

Submitted: July 31, 2007          Decided: August 28, 2007

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie J. Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie J. Williams appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Williams v. Mitchell</u>, No. 5:05-ct-00304-FL (E.D.N.C. July 26, 2005; Aug. 18 & Oct. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>